UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESUS CHRIST MINISTRIES
Bishop Abraham S. Israel
                           Plaintiff(s)
vs.

CITY OF SYRACUSE
                           Defendant(s)

Civil Case No.: 5:21-cv-915 (DNH) (ML)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: **X** JURY   ____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: JESUS CHRIST MINISTRIES

   Address: Abraham S. Israel
   1409 S McBride St.
   Syracuse, NY 13202

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: CARLEO, SGT

   Official Position: Syracuse Police Officer

   Address: 233 E Washington St
   Syracuse, NY 13202

## IMPORTANT REMINDERS

- When you submit papers to the Court, you must also serve a copy on every party in the action. Local Rule ("L.R.") 5.1(a).

- You must immediately notify the Court of any change of address. L.R. 10.1(c)(2). Your failure to notify the Court of a change of address may result in the involuntary dismissal of your case for failure to prosecute. Fed. R. Civ. P. 41(b); L.R. 41.2(b).

- Unless the Court specifically directs otherwise, you should not file discovery materials (for example, interrogatories and document requests) with the Court except as necessary to support a motion. L.R. 26.2.

- If your opponent files a motion and you fail to oppose it, and the moving party has met its burden, the Court may consider your failure to oppose the motion as your consent to the relief requested in that motion. L.R. 7.1(a)(3).

- If your opponent files a motion for summary judgment, it shall contain a Statement of Material Facts. Among other things, you must respond to this Statement of Material Facts by admitting and/or denying each fact asserted therein supported with a record citation. If you do not so respond, the Court will deem that you have admitted your opponent's Statement of Material Facts, which could result in the Court viewing the facts very favorably to the opposing party. L.R. 7.1(b)(3), L.R. 56.1.

- Personal Privacy Protection: It is the obligation of parties to redact, or file under seal, documents which include social security numbers or taxpayer identification numbers, names of minor children, names of victims, dates of birth, financial account numbers, home addresses, driver's license numbers, medical records, employment history, and individual financial information. Fed.R.Civ.P. 5.2; L.R. 5.2.

## ENCLOSURES

- Copy of the Local Rules of Practice for the Northern District of New York

- Copy of the *Pro Se* Handbook for the Northern District of New York

- Forms are available on our website at www.nynd.uscourts.gov

Thank you.

Acknowledgement of Receipt: ___*Abraham Israel*___
Party Signature

Date: 8/13/2021

_____
Deputy Clerk

If not handed out at Public Counter – date this Notice was mailed: _____

b. Defendant: __SISLEY__

Official Position: __Syracuse Police officer__

Address: __233 E Washington St__

__Syracuse, NY 13202__

c. Defendant: __WOLFE__

Official Position: __Syracuse Police officer__

Address: __233 E Washington St__

__Syracuse, NY 13202__

Additional Defendants may be added on a separate sheet of paper.

4.                                   FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

The City of Syracuse (CITY OF SYRACUSE) an organized enterprise has engaged in two or more consitent acts in the course of the last 12 months as an "Criminal Enterprise" pursuant to 18 USC § 1961 "racketeering activity" (Organized Crime Control Act of 1970) culminating in capricious and egregious continual Civil Rights violation(s) pursuant to U.S.C Amend 14 by "Dereliction of Duty" violation(s)(see 10 U.S.C §892, Art 92(1))

5.                        **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

42 U.S.C § 14141 (a) Unlawful Conduct by USC Amend XIV Equal Protection Discrimination: "It shall be unlawful for any governmental authority or any agent thereof.... to engage in a pattern or a practice of conduct by law enforcement officers... that deprives persons of rights, privileges or immunities secured or protected by the the Constitution or laws of the US

### SECOND CAUSE OF ACTION

18 USC §1961 (1) "Racketeering activity" means any act or threat involving murder, KIDNAPPING, gambling, arson, ROBBERY.... etc

### THIRD CAUSE OF ACTION

10 U.S Code § 892 - Art 92 (1) Failure to obey order or regulation; "Any person subject to this chapter who - (1) violates or fails to obey any lawful general order or regulation. (The Constitution of the United States of America) BILL OF RIGHTS

ADDITIONAL DEFENDANTS

d. Defendant: KIMPEL
Official Position: Syracuse Police Officer
Address: 233 E Washington St
Syracuse, NY 13202

e. Defendant: MARCUS, DEBOTTIS JR
Official Position: Syracuse Police Officer
Address: 233 E Washington St
Syracuse, NY 13202

f. Defendant: LAGO
Official Position: Syracuse Police Officer
Address: 233 E Washington St
Syracuse NY 13202

g. Defendant: RELEFORD, RANETTE
Official Position: CRB Administrator
Address: 233 E Washington St
Syracuse, NY 13202

## FACTS

4. pursuant to 42 U.S.C § 14141 (a) unlawful conduct by having committed "EQUAL PROTECTION OF THE LAWS OF THE UNITED STATES OF AMERICA" by having committed the following NYS Penal law infractions against the Plaintiff:

1. Harassment 2nd, 240.26(3)
2. Unlawful imprisonment, 135.05
3. Meancing 2nd, 120.14(1)
4. Robbery 2nd, 160.10(1)
5. Criminal Tampering 3rd, 145.14
6. KIDNAPPING 1st, 135.25(1)
7. Disruption or disturbance of religious service, funeral, burial, or memorial service, PL §240.21

### 1st incident

a) SGT. CARLEO, on or about August 2020 Plaintiff had filed a complaint w/ the Citizen Review Board the Administrative Board administered by additional defendant on the grounds of an improper arrest at the Destiny USA Mall on or about 7/17/2020 by Officers SISLEY and WOLFE defendants (b) and (c). Plantiff alleged to the CRB and was contacted by SGT CARLEO for an in person interview on or about early August 2020, Plaintiff alleged verbally to SGT CARLEO after filing a formal complaint

that he was robbed by the SPD officer SISLEY of $10.00 after being detained in Destiny USA Mall. Furthermore, he alleged that his First Amendment 'Freedom of Religion' Constitutional Right was violated after he being at the Mall for a few days, evangelizing and preaching the Gospel of Jesus Christ was approached by the Syracuse Police officer(s) a Mall security was escorted to a private room and under coercion of about 5-6 officers, including SISLEY and WOLFE defendant(s) b and c and made to sit there for nearly 20 minutes robbed of his papers, official passport, ens legis juristic person w/o a warrant in violation of USC Amend IV and served an appearance ticket which was dismissed and escorted out of the Destiny USA Mall by SISLEY and WOLFE in handcuffs. Plaintiff alleges that by Federal Question: was the Syracuse Police Dept required by the USC Amend XIV "Equal Protection" acting UNDER COLOR OF LAW required to by LAW petition the Government/the courts for a WARRANT to search and seize his passport and personal identification and if not was such a failure to do so "negligence" and/or a Dereliction of Duty.
(see 10 US code § 892, Art 92(1)

2

Plaintiff alleges by SGT CARLEO's failure to deny plaintiff the relief of rectifying and safeguarding plaintiff's civil right that he knowingly and unlawfully participated in the "racketeering activity" criminal activity of the CITY OF SYRACUSE a Criminal Enterprise

The above is alleged facts of defendants:
1. SGT CARLEO
2. OFFICER SISLEY
3. OFFICER WOLFE

### 2nd Incident

2. DEFENDANT KIMPEL,
On or about December 13, 2020 Plaintiff's Church located at 1409 S. McBride St, Syracuse NY 13202 and as the lienholder thereof filed in the Onondaga County Clerk's office as JESUS CHRIST MINISTRIES the Syracuse Police was called to the Church in question for unknown reasons by the Plaintiff with a loud disturbance from people outside of the Church when the Syracuse Police arrived w/ Police officer KIMPEL present and discovered that Plaintiff was same victim of a previous report and issue w/ SISLEY and WOLFE having mentioned that DEFENDANT was KIMPEL w/ other officers entered

the Church of Plaintiff JESUS CHRIST MINISTRIES, 1409 S McBride St. Syracuse, NY 13202 against Plaintiff's objections for a WARRANT to enter and to search the premises and the SPD w/ KIMPEL searched and seized Plaintiff's sword from behind the pulpit. Shortly thereafter the SPD made Plaintiff and his wife Natalia Israel lock up the premises and leave. The Plaintiff and his wife was escorted from off of the Church premises after an illegal search and seizure. About an hour later Plaintiff was assaulted and suffered minor contusions to the face and a swollen black eye and was hospitalized. At the scene Plaintiff called the SPD and KIMPEL was the responding officer who met the Plaintiff at the scene. Plaintiff told the officer who the person was because it was someone from another church who was at Plaintiff's Church when KIMPEL had arrived earlier. Defendant KIMPEL informed Plaintiff that the culprit would be issued a warrant for his arrest for an Assault. The next day Plaintiff called the SPD to get the DR# as the victim and discovered he had been lied too and tricked by Officer KIMPEL having discovered that P.O KIMPEL had

9

written up a false report as a Missing person report DR # 20-554446. KIMPEL denied the Plaintiff the Equal Protection right of and/or by "Failure to protect" as an assault victim and by a 4th Amendment "Search and seizure" violation.

### 3rd Incident

DEFENDANT Marcus DeBottis Jr on or about April 23rd, 2021 Plaintiff had an alleged Domestic dispute w/ his wife. The SPD Marcus DeBottis Jr was the responding officer the Plaintiff was not on the scene at the time of arrival. Defendant was about 1 block away from Plaintiff and wife's arrest near his car. Defendant DeBottis approached Plaintiff without a WARRANT for his arrest placed him in handcuffs seized his personal possession(s) his passport and paper and ID and committed KIDNAPPING by obstructing his movement and by seizing his ENS LEGIS juristic /legal person w/o a WARRANT for arrest and took him to jail on unsubstantiated allegations. Plaintiff alleged all of these violations in Syracuse City Court to no avail and spent 17 days in jail. Defendant participated in an ongoing dereliction of duty by the City of Syracuse in racketeering acts

5

against the plaintiff in ongoing Civil Rights violation(s).

### 4TH incident

DEFENDANT LAGO, on or about 8/12/2021 Plaintiff called the police against his wife because threats to SHOOT HIM by his wife at their Church. Defendant LAGO responded to a panic alarm of an ADT security alarm system installed at Plaintiff Church. When the defendant responded Plaintiff was there alone. Defendant stated he wanted to press charges. Plaintiff signed a Accusatory Instrument against his wife at their Church. Plaintiff after praying w/ his wife Natalia ~~Israel~~ decided he did not want to press charges. Defendant told Plaintiff since the allegations were serious relating to serious physical injury that a warrant would be issued for wife's arrest. Plaintiff changed his mind after prayer and called the Syracuse Police the next day. The Plaintiff discovered that under the DR# 21-428623 at 5pm that there was no trace of his accusatory instrument he had signed and there was no record of a complaint (formal complaint) another "Dereliction of Duty" and unlawful conduct

### 5th Incident

7 DEFENDANT RANETTE RELEFORD

Plaintiff has submitted numerous complaints to the CRB about the Cause of action herein 42 USC §14141 (a) Unlawful conduct and by reason of negligence and a breach of duty by giving Plaintiff no recourse and/or by not addressing the Cause of action 42 USC §14141 (a) Unlawful conduct of a "racketeering enterprise" of the CITY OF SYRACUSE of the complaints submitted to her by the Plaintiff dated 7/27/2020 about Officers SISLEY and WOLF and 12/23/2020 the Unlawful Search and Seizure of Plaintiff's Church the Defendant Ranette Releford committed negligence

7

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

An injunction against the CITY OF SYRACUSE prohibiting any future Dereliction of Duty, 10 USC §892, Art 92(1) granting Equal Right protection and awarding the plaintiff 3.12 million dollars in Civil injuries and punitive damages

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/13/2021

JESUS CHRIST MINISTRIES
Bishop Abraham S. Israel
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010