AO 440 (Rev. 06/12) Summons in a Civil Action - Filing Fee Paid

# UNITED STATES DISTRICT COURT
for the

JESUS CHRIST MINISTRIES )
Bishop Abraham J. Israel, ThM )
)
_____
*Plaintiff(s)*
v.                               )  Civil Action No. 5:21-cv-915(DNH/ML)
)
CITY OF SYRACUSE                 )
)
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF SYRACUSE
233 E Washington St
Syracuse, NY 13202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JESUS CHRIST MINISTRIES
Bishop Abraham J. Israel, ThM
1409 S. McBride St. Syracuse, NY 13202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*