UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BISHOP ABRAHAM S.
ISRAEL and JESUS
CHRIST MINISTRIES,

        Plaintiffs,

        -v-                    5:21-CV-915

CITY OF SYRACUSE *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                  OF COUNSEL:

ABRAHAM S. ISRAEL
Plaintiff, Pro Se
1409 S. McBride Street
Syracuse, NY 13202

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On August 13, 2021, *pro se* plaintiff Abraham S. Israel ("plaintiff") filed this action alleging that defendants violated his civil rights while he was preaching the gospel at a mall in Syracuse, New York. Dkt. No. 1. Plaintiff also sought leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2.

On September 16, 2021, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP application and advised by Report & Recommendation ("R&R")

- 2 -

that plaintiff's complaint be accepted for filing in part. Dkt. No. 4. Plaintiff has not filed objections, and the time period in which to do so has expired. Upon review for clear error, the R&R will be accepted and adopted in all respects. *See* FED R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED.

IT IS SO ORDERED.

Dated: October 13, 2021
      Utica, New York.

David N. Hurd
U.S. District Judge